OPINION — AG — ** OKLAHOMA CONTRACTOR — RESIDENT ** A RESIDENT OKLAHOMA CONTRACTOR, WHO IS AWARDED A PUBLIC WORKS CONTRACT PURSUANT TO THE PREFERENTIAL BIDDING PROVISIONS OF 61 O.S. 103.1 [61-103.1], MAY 'NOT' LAWFULLY ASSIGN THE CONTRACT TO A NON RESIDENT CONTRACTOR. (ASSIGNMENT OF CONTRACT, PUBLIC WORKS CONTRACT, BUILDING, BIDS, PREFERENTIAL BIDS, OUT OF STATE, BUY OKLAHOMA, BUY AMERICAN, RESIDENT BIDDER, STATE PROPERTY, BOARD OF PUBLIC AFFAIRS) CITE: 61 O.S. 103.1 [61-103.1], 61 O.S. 103.1 [61-103.1] [61-103.1](4), 61 O.S. 103.1 [61-103.1](5) (GARY W. GARDENHIRE)